CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
Fax: 559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
ALEJANDRO VILLARREAL

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:13-CR-00212 LJO SKO |
| Plaintiff, | STIPULATION TO SET MATTER FOR CHANGE OF PLEA |
| vs. | Date:  June 23, 2014 |
| ALEJANDRO VILLARREAL, | Time:  8:30 am |
| Defendant. | Honorable Lawrence J. O'Neill |

  This matter is currently set for trial on July 29, 2014.  The parties have reached a plea disposition and hereby stipulate and request by the that the case be set for a change of plea in the District Court on Monday, June 23, 2014 at 8:30 am.


Dated:  June 17, 2014
         /s/ Carl M. Faller
         CARL M. FALLER
         Attorney for Defendant
         Alejandro Villarreal

         BENJAMIN B. WAGNER
         United States Attorney

Dated:  June 17, 2014
         /s/Mark McKeon
         MARK MCKEON
         Assistant U.S. Attorney
         Attorney for United States of America

1   ORDER:

2        IT IS HEREBY ORDERED that this matter be placed on the District Court's calendar for

3   change of plea on June 23, 2014 at 8:30 am.

4   Dated:  June 18, 2014

5                                                        _/s/ Lawrence J. O'Neill__
                                                         United States District Judge