BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:13-CR-00212-LJO-SKO |
| | ) |
| Plaintiff, | ) ORDER FOR FORFEITURE MONEY |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| ALEJANDRO VILLARREAL, | ) |
| Individually and dba Oliver | ) |
| Supplies, | ) |
| | ) |
| Defendant. | ) |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Alejandro Villarreal, individually and dba Oliver Supplies,

IT IS HEREBY ORDERED that

1.   The defendant Alejandro Villarreal, individually and dba Oliver Supplies shall forfeit to the United States the sum of $224,496.00 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2.   Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.   Prior to the implementation of sentence, any funds delivered to

the United States to satisfy the personal money judgment shall be seized and held by the Department of Education or the United States Marshals Service, in its secure custody and control.

    3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $224,496.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

    Dated: **July 11, 2014**          **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE