CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
ALEJANDRO VILLARREAL

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ALEJANDRO VILLARREAL,<br><br>       Defendant. | Case No.:  1:13-CR-00212 LJO SKO<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARING<br><br>Date:  September 15, 2014<br>Time:  8:30 am<br>Honorable Lawrence J. O'Neill |

  This matter is currently set for sentencing on September 15, 2014, at 8:30 am.  The parties have agreed and stipulated that the sentencing hearing be continued to October 14, 2014, at 8:30 am.  The reason for the continuance is the ongoing medical treatment of defense counsel's spouse in San Francisco, and the necessity of counsel to conduct further investigation and preparation regarding defendant's sentence.

Dated:  September 8, 2014                    /s/ Carl M. Faller
                                             CARL M. FALLER
                                             Attorney for Defendant
                                             Alejandro Villarreal

                                             BENJAMIN B. WAGNER
                                             United States Attorney

///
///
///
///
///

Dated:  September 8 2014

/s/Mark McKeon
MARK McKEON
Assistant U.S. Attorney
Attorney for United States of America

**ORDER**

The sentencing hearing in this matter is CONTINUED from September 16, 2014 at 9:00 a.m., to October 14, 2014 at 8:30 am.

IT IS SO ORDERED.

Dated:  September 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT