CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
ALEJANDRO VILLARREAL

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO VILLARREAL,<br><br>Defendant. | ) Case No.:  1:13-CR-00212 LJO SKO<br>)<br>) STIPULATION TO CONTINUE<br>) SENTENCING<br>)<br>) Date:  November 14, 2014<br>) Time:  8:30 am<br>) Honorable Lawrence J. O'Neill<br>) |

This matter is currently set for sentencing on November 14, 2014, at 8:30 am.  The

parties have agreed and stipulated that the sentencing hearing be continued to December 15,

2014, at 8:30 am.  The reason for the continuance is to allow the defendant to address

outstanding medical issues, including recovery from recent ear surgery, prior to sentencing.

Dated:  November 10, 2014                                      /s/ Carl M. Faller
                                                                          CARL M. FALLER
                                                                          Attorney for Defendant
                                                                          Alejandro Villarreal

                                                                          BENJAMIN B. WAGNER
                                                                          United States Attorney

Dated:  November 10, 2014

                                                                          /s/Mark McKeon
                                                                          MARK McKEON
                                                                          Assistant U.S. Attorney
                                                                          Attorney for United States of America

ORDER:

The sentencing hearing in this matter is continued from November 14, 2014 at 8:30 am.,
to December 15, 2014 at 8:30 am.  Good cause relates to the Defendant's medical issues.

IT IS SO ORDERED.

Dated:   **November 10, 2014**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE